**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| LINDA MORAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-01957-MJP<br><br>**[**~~**PROPOSED**~~**] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Plaintiff Linda Moran ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time to Respond to Complaint, allowing up through and including January 27, 2025, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

　　　　IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than January 27, 2025.

//

//

//

//

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
Case No. 2:24-cv-01957-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1  DATED: December 20, 2024.

*[signature]*

HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 2
Case No. 2:24-cv-01957-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
   Russell S. Buhite, WSBA #41257
   1201 Third Avenue, Suite 5150
   Seattle, WA 98101
   Telephone: (206) 693-7052
   Facsimile: (206) 693-7058
   Email: russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*


Approved as to Form; Presentation Waived:

MONAHAN TUCKER LAW, PC

By: */s/ Stacy Monahan Tucker*
   Stacy Monahan Tucker, WSBA #43449
   14241 NE Woodinville-Duvall Road, Suite 382
   Woodinville, WA 98072
   Telephone: (206) 486-3553
   Facsimile: (206) 339-7155
   E-mail: smtucker@mtlawpc.com

*Attorneys for Plaintiff Linda Moran*

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
Case No. 2:24-cv-01957-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058